PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GABRIEL CUEVAS-DIAZ, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. 1:16-CR-00203-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 18, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

1. By previous order, this matter was set for hearing on the defendants' motions to suppress on August 7, 2017..

2. By previous order, the government's responses to the defendants' motions to suppress are due to be filed on August 2, 2017.

3. By this stipulation, defendants and the government now move to continue the motion to suppress evidence until September 18, 2017, set the date of August 21, 2017 for the government's responses to be filed, and to exclude time between August 7, 2017., and September 18, 2017, under Local Code T4.

4. By this stipulation, the government's responses to the motions to suppress evidence will be due to be filed on August 21, 2017.

5. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes reports, photographs, search warrant affidavits, and 10 DVDs filled with video surveillance from cameras at the residence in question. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the government needs additional time to complete the response that is due on August 2, 2017. Counsel was out of the office for several days of sick leave and had an appearance on a high profile misdemeanor matter that counsel for the government felt was best she personally attend that required travel to Bakersfield during the period set aside for the preparation of the responses. Due to the aforementioned events as well as the need to review video recordings described below, additional time is needed to respond to both motions filed by the defendants.

c) Counsel for defendants desire additional time to review the hundreds of hours of video surveillance that was recorded by the surveillance cameras at the subject residence after further consideration of the issues giving rise to the motions. There are 9 DVDs containing what the government understands to be streaming surveillance covering a period of 13 days. A much shorter DVD of selected surveillance clips showing activity from various days was provided to the defense however, this DVD does not contain recordings from the date at issue in the defense motions. After conferring with defense counsel, both counsel for the defense and counsel for the government believe the aforementioned surveillance video potentially contains information germane to the suppression issues that were not considered by the parties when the motions dates were set. A full review will be extremely time consuming.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to and joins in the continuance request.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 7, 2017. to September 18, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 2, 2017         PHILLIP A. TALBERT
                              United States Attorney

                              /s/ LAUREL J. MONTOYA
                              LAUREL J. MONTOYA
                              Assistant United States Attorney

Dated: August 2, 2017         /s/ NICHOLAS F. REYES
                              NICHOLAS F. REYES
                              Counsel for Defendant
                              GABRIEL CUEVAS-DIAZ

Dated: August 2, 2017         /s/ CAROLINE C. MCCREERY
                              CAROLINE C. MCCREERY
                              Counsel for Defendant
                              XOCHITL MORENO-
                              GONZALEZ

///
///
///
///

**FINDINGS AND ORDER**

IT IS SO FOUND. On the date of the hearing of September 18, 2017, at 10:30 a.m. (note time change), the Court deems it to also be a Trial Setting Conference.

IT IS SO ORDERED.

Dated: **August 2, 2017**           **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

4