NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
GABRIEL CUEVAS DIAZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00203-LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| GABRIEL CUEVAS DIAZ, | |
| Defendant. | |

Defendant, GABRIEL CUEVAS DIAZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, LAUREL J. MONTOYA, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, March 5, 2018, at 8:30 a.m. be continued to Monday, June 18, 2018 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

The continuance is necessary and good cause exists because Defendant requires additional investigation that could affect his sentence. Counsel also requires the necessary time to prepare and file Sentencing Memorandums and translate defendant's character reference letters.

///

///

1

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 02/27/2018

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated:02/27/2018

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **February 27, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE