HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   *Plaintiff,*  )<br>  )<br>vs.  )<br>  )<br>GABRIEL CUEVAS-DIAZ,  )<br>  )<br>   *Defendant,*  )<br>  )<br>_____ ) | Case No. 1:16-cr-00203 LJO-SKO<br><br>**APPLICATION AND ORDER FOR APPOINTMENT OF CJA PANEL COUNSEL** |

Defendant, Gabriel Cuevas-Diaz, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel Counsel.

Mr. Cuevas-Diaz had retained counsel and is now seeking appointed counsel under General Order 595. Mr. Cuevas-Diaz submits the attached Financial Affidavit as evidence of his inability to retain counsel. Mr. Cuevaz-Diaz was sentenced to a 72-month term of imprisonment on November 5, 2018 and is currently in custody.

General Order 595 appoints counsel for all indigent defendants seeking assistance under the First Step Act. Based on review of the attached Financial Affidavit, it is respectfully recommended that this Court authorize CJA panel counsel to represent Mr. Cuevas-Diaz on his compassionate release proceedings related to this case.

DATED: September 16, 2020              */s/ Eric V. Kersten*
                                                                   ERIC V. KERSTEN
                                                                   Assistant Federal Defender
                                                                   Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **September 16, 2020**              /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE JUDGE